JOHN J. RIDER and EZRA W. CONKLIN, Appellants, v. CORNELIUS S. STRYKER, Respondent.

Motion for a reargument on the ground that the decision of the court on this appeal was put mainly on the ground that the commissioner for laying out and mapping the towns in Kings county, had not made a map of the premises upon which the wood in dispute was cut, and that this point was not taken in the court below. The court, after considering the proceedings had in the lower court, was of opinion that the point had been raised there.

*Benjamin G. Hitchings*, for the appellant.

*D. P. Barnard*, for the respondent.

Opinion by Barnard, P. J.

Present — Barnard, P. J., Tappen and Donohue, JJ.

Motion denied.*

---

PATRICK FORD, Appellant, v. THE BROOKLYN GAS-LIGHT COMPANY, Respondent.

*Chap. 311 of the Laws of* 1859.

Appeal from a judgment of the County Court of Kings county, and from an order denying a new trial.

The action was brought in the Justice's Court of the city of Brooklyn, for damages for cutting off plaintiff's gas, and resulted in a judgment for the plaintiff for $150. On appeal to the County Court a new trial was had, on which the plaintiff's complaint was dismissed. The plaintiff made a deposit of fifteen dollars with defendant, October, 1872. A bill for gas was rendered 11th January, 1873, by which it appeared that plaintiff was consuming gas at the rate of forty-five dollars per month. Plaintiff was requested to pay the bill, and also to increase the amount of his deposit. The

* See 2 Hun, 115, for decision on the appeal.